UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>BRETT A. RIESER,<br><br>      Defendant. | EDCR No. 19-0350 JGB<br><br>I N F O R M A T I O N<br><br>[43 C.F.R. § 8365.1-4(a)(2):<br>Creating a Hazard and Nuisance]<br><br>[CLASS A MISDEMEANOR] |

    The United States Attorney charges:

          [43 C.F.R. § 8365.1-4(a)(2)]

    On or about May 21, 2017, on land managed by the Bureau of Land Management, in Riverside County, within the Central District of California, defendant BRETT A. RIESER knowingly and willfully created

//
//
//
//
//
//

a hazard and nuisance by discharging a firearm within one mile of an incorporated city.

NICOLA T. HANNA
United States Attorney

*/s/ [signature] for Brandon D. Fox*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

JOSEPH B. WIDMAN
Assistant United States Attorney
Chief, Riverside Branch Office

ELI A. ALCARAZ
Assistant United States Attorney
Riverside Branch Office